# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OS13 | E1663403 | Toy | CO10 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 08/10/2025 1558
Offense Charged: ☐ CFR ☐ USC ☑ State Code: 4503.11
Place of Offense: 3990 E. Broad St, Columbus, OH 43213
Offense Description: Factual Basis for Charge: Expired Tags

### DEFENDANT INFORMATION
Last Name: HELMS
First Name: ETTA
M.I.: B

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| HYT 4002 | OH | 2018 | NISSAN ROGUE | | GRAY |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 120 Forfeiture Amount
+ $30 Processing Fee
$ 150 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. District Court, 85 Marconi Blvd, Columbus, OH 43215, 614-719-3000

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Etta B. Helms

Original - CVB Copy

*E1663403*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **August 10**, 20**25** while exercising my duties as a law enforcement officer in the **Southern** District of **Ohio**

On 10 August 2025, at approximately 1547hrs, a grey Nissan Rogue (OH Registration HYT4002) was observed driving the wrong way onto DSCC, Columbus OH. The vehicle was stopped, and the vehicle registration was run through Emergency Services Communications Center (ESCC). ESCC advised the registration expired in December 2024. The driver of the vehicle is identified as Helms, Etta B., she was cited ORC 4503.11 expired tags. Helms signed the citation and departed the installation.

The foregoing statement is based upon:
☐ my personal observation ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/10/2025
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle; CDL = Commercial driver's license, CMV = Commercial vehicle involved in incident